# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS ABREGO GALBAN, | Case No. 1:26-cv-00867-JLT-SAB-HC |
| Petitioner, | |
| v. | ORDER SETTING BRIEFING SCHEDULE |
| WARDEN OF THE GOLDEN STATE ANNEX ICE DETENTION FACILITY, et al., | |
| Respondents. | |

Petitioner is an immigration detainee proceeding a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On March 6, 2026, Respondents filed a response to the petition. (ECF No. 11.) On March 20, 2026, the Court granted the Federal Defender's amicus motion to reconsider appointing counsel, appointed counsel for Petitioner, and ordered the parties to file a joint statement regarding case management and a proposed briefing schedule within fourteen days. (ECF No. 13.) To date, no joint statement has been filed, and the time for doing so has passed.

Based on the appointment of counsel, the Court sua sponte grants Petitioner leave to file an amended petition. Accordingly, the Court HEREBY ORDERS that:

1. Within **THIRTY (30) days** of the date of service of this order, Petitioner SHALL FILE either an amended petition or a notice that he will proceed with his original pro se petition.

1

2. If Petitioner filed an amended petition, within **TWENTY-ONE (21) days** of the date of service of the amended petition, Respondent SHALL file either an amended response or a notice indicating that they will stand on the previously filed response.

3. Within **FOURTEEN (14) days** of the date of service of Respondent's filing, Petitioner MAY file a reply.[1]

IT IS SO ORDERED.

Dated:   **April 8, 2026**

STANLEY A. BOONE
United States Magistrate Judge

---

[1] The parties may file motions to modify the briefing schedule. However, in light of the parties' failure to file a joint statement in accordance with the March 20, 2026 order, and due to the impact of habeas cases on the Court's docket and the Court's desire to have cases decided in an expedient manner, requests for modification of the briefing schedule will not routinely be granted.

2