# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS ABREGO GALBAN,<br>Petitioner,<br>v.<br>WARDEN OF THE GOLDEN STATE ANNEX ICE DETENTION FACILITY, et al.,<br>Respondents. | Case No. 1:26-cv-00867-JLT-SAB-HC<br><br>ORDER DIRECTING PARTIES TO FILE JOINT STATEMENT |

Petitioner is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On July 26, 2026, counsel for Petitioner submitted a status report indicating that the pending first amended petition ("FAP") was premised on the truth of Respondents' assertion that an order of removal was issued against Petitioner on September 23, 2025. Petitioner's counsel learned that Petitioner recently filed his I-589 and that if an order of removal was previously issued against him, it is no longer valid. Petitioner's counsel is in the process of meeting and conferring with counsel for Respondents to address this matter. (ECF No. 19.)

///

///

///

///

Accordingly, the Court HEREBY ORDERS THAT within fourteen (14) days of the date of service of this order, the parties shall file a joint statement regarding case management and a proposed briefing schedule.

IT IS SO ORDERED.

Dated: **August 3, 2026**

STANLEY A. BOONE
United States Magistrate Judge