# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS ABREGO GALBAN, | Case No. 1:26-cv-00867-JLT-SAB-HC |
| Petitioner, | ORDER DENYING PETITIONER'S REQUEST TO SHORTEN TIME |
| v. | (ECF No. 23) |
| WARDEN OF THE GOLDEN STATE ANNEX ICE DETENTION FACILITY, et al., | |
| Respondents. | |

Petitioner is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On July 26, 2026, counsel for Petitioner submitted a status report indicating that the pending first amended petition ("FAP") was premised on the truth of Respondents' assertion that an order of removal was issued against Petitioner on September 23, 2025. Petitioner's counsel learned that Petitioner recently filed his I-589 and that if an order of removal was previously issued against him, it is no longer valid. (ECF No. 19.) On August 3, 2026, the Court ordered the parties to file a joint statement regarding case management and a proposed briefing schedule within fourteen days (i.e., by August 17, 2026). (ECF No. 20.)

On August 6, 2026, Petitioner filed a request to shorten time given that a second amended petition has been prepared and to avoid further delay for Petitioner. (ECF No. 23.)

///

1

The Court appreciates Petitioner's wish to proceed as expeditiously as possible, but the Court finds that shortening the previous fourteen-day deadline is not warranted. Accordingly, the Petitioner's request to shorten time (ECF No. 23) is DENIED.

IT IS SO ORDERED.

Dated:   **August 10, 2026**

STANLEY A. BOONE
United States Magistrate Judge