# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS ABREGO GALBAN,<br>Petitioner,<br>v.<br>WARDEN OF THE GOLDEN STATE ANNEX ICE DETENTION FACILITY, et al.,<br>Respondents. | Case No. 1:26-cv-00867-JLT-SAB-HC<br><br>ORDER SETTING BRIEFING SCHEDULE |

The Court has read and considered the parties' stipulation to set a briefing schedule. (ECF No. 25.) Accordingly, the Court HEREBY ORDERS:

1. Petitioner may file a motion for leave to file a second amended petition by August 19, 2026.
2. Respondents shall file an opposition, if any, by August 26, 2026
3. Petitioner may file a reply, if any, by August 27, 2026.
4. If leave to amend is granted, Petitioner shall file his second amended petition within fourteen (14) days of the Court's order granting leave to amend.
5. Respondents shall file an opposition, motion to dismiss, or response within seven (7) days from the date the second amended petition is filed.

///

///

6. Petitioner may file a reply within three (3) days from the date the opposition is filed.

IT IS SO ORDERED.

Dated: **August 18, 2026**

STANLEY A. BOONE
United States Magistrate Judge