# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS ABREGO GALBAN,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX ICE DETENTION FACILITY, et al.,<br><br>Respondents. | Case No. 1:26-cv-00867-JLT-SAB-HC<br><br>ORDER DIRECTING RESPONDENTS TO FILE "EX. 1" AND SUPPORTING DOCUMENTATION |

Petitioner, represented by counsel, is a federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On September 4, 2026, Respondents filed a response to the second amended petition asserting that Petitioner "was removed after arriving at the San Ysidro Port of Entry in July 2015. Ex. 1. At some point, he returned to the United States without status." (ECF No. 32 at 1.) However, "Ex. 1" nor any other supporting documentation was attached to the response.

Accordingly, the Court HEREBY ORDERS that on or before September 22, 2026, Respondents SHALL FILE "Ex. 1" and any supporting documentation regarding Petitioner's alleged removal in July 2015.

IT IS SO ORDERED.

Dated: **September 18, 2026**

STANLEY A. BOONE
United States Magistrate Judge